# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-04-00825-CV

**Benjamin "Clint" Wheeler, II, Appellant**

**v.**

**Walter "Benny" McArthur, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. 258750, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss, informing this Court that they have resolved their differences and wish to dismiss the appeal. The appeal is dismissed on the joint motion. *See* Tex. R. App. P. 42.1(a).


                                                    _____

                                                    Bea Ann Smith, Justice

Before Justices B. A. Smith, Puryear and Pemberton

Dismissed on Joint Motion

Filed:   February 1, 2005